UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CANDELARIO CORDERO, on behalf of
himself and all other persons
similarly situated,

              Plaintiff,

    - against -

ELEEZAJ & SONS REALTY ASSOCIATES,
LLC, MARASH ELEZAJ, and KOLA ELEZAJ,
              Defendants.

21-cv-6899 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by 11/29/21.


SO ORDERED.

Dated:    New York, New York
            November 13, 2021

                                          John G. Koeltl
                                  United States District Judge