UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

CANDELARIO CORDERO, on behalf of
himself individually, and all other persons
similarly situated,

                            Case No.: 21-cv-06899 (JGK)

                Plaintiff,

      -against-                         **CONSENT TO CHANGE**
                                                  **ATTORNEY**

ELEZAJ & SONS REALTY ASSOCIATES, LLC,
MARASH ELEZAJ and KOLA ELEZAJ,

                Defendants.
-------------------------------------------------------------X

IT IS HEREBY CONSENTED that The Bell Law Group, PLLC, of 116 Jackson Avenue, Syosset, New York 11791, be substituted as attorneys of record for the Defendants in the above-entitled action in place and stead of the undersigned attorney as of the date hereof.

Dated: February 8, 2022
Syosset, NY

                                            **GOLDBERG AND WEINBERGER LLP**
                                            Outgoing Attorneys

                            By: _____
                                   Lewis Goldberg, Esq.

SO ORDERED:
_____
U.S.D.J.
2/9/22

                                            **BELL LAW GROUP, PLLC**
                                            Incoming Attorneys

                            By: _____
                                   Paul Bartels, Esq.