# LAW OFFICE OF
# PETER A. ROMERO

Peter A. Romero
promero@romerolawny.com

David D. Barnhorn
dbarnhorn@romerolawny.com

May 10, 2022

**VIA ECF**
Hon. John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Candelario Cordero v. Elezaj & Sons Realty Associates, LLC, et al.*
      Docket No.: 21-cv-06899 (JGK)

Dear Judge Koeltl:

This firm represents Plaintiff Candelario Cordero in the above-referenced matter brought against Defendants Elezaj & Sons Realty Associates, LLC, Marash Elezaj, and Kola Elezaj, for alleged violations of the Fair Labor Standards Act and New York Labor Law. The parties have agreed to explore settlement through private mediation and agreed to utilize mediator Chaim Book. On April 28, 2022, the parties requested that the Court stay discovery and any other deadlines in this matter pending the outcome of the parties' mediation in order to permit the parties to focus their efforts and financial resources toward mediation. D.E. 21. That request remains pending. In that request, the parties also indicated that they would notify the Court of the date selected for their mediation once it was scheduled. Plaintiff writes to notify the Court that the parties' mediation is scheduled for July 21, 2022.

Respectfully submitted,

/S/ David D. Barnhorn, Esq.
DAVID D. BARNHORN, ESQ.

C: All Counsel of Record *via* ECF

*[Handwritten annotation:]* Application granted. Case stayed pending the result of mediation. The parties should provide a status report 7 days after the conclusion of mediation. The Clerk is directed to close Docket Nos. 21 & 22. SO ORDERED. /s/ JGK, U.S.D.J. 5/10/22