UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CANDELARIO CORDERO,

               Plaintiffs,

    - against -

ELEZAJ & SONS REALTY ASSOCIATES, LLC, et al.,

               Defendants.

21-cv-6899 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a status report on the outcome of the mediation conference held on July 21, 2022..

SO ORDERED.

Dated:    New York, New York
            September 14, 2022

                                              John G. Koeltl
                                  United States District Judge