# LAW OFFICE OF
# PETER A. ROMERO

Peter A. Romero
promero@romerolawny.com

David D. Barnhorn
dbarnhorn@romerolawny.com

October 13, 2022

**VIA ECF**
Hon. John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
10/13/22

Re:  *Candelario Cordero v. Elezaj & Sons Realty Associates, LLC, et al.*
Docket No.: 21-cv-06899 (JGK)

Dear Judge Koeltl:

This firm represents Plaintiff Candelario Cordero in the above-referenced matter brought against Defendants Elezaj & Sons Realty Associates, LLC, Marash Elezaj, and Kola Elezaj, for alleged violations of the Fair Labor Standards Act and New York Labor Law. Having reached a settlement in principle, the Court entered an order directing Plaintiff to submit his motion for approval of the parties' settlement, pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015), with respect to Plaintiff's FLSA claims by October 14, 2022. The parties have made substantial progress negotiating the terms of their final settlement. However, they are continuing to work to resolve certain terms and will then require time for the parties to sign their formal settlement agreement. Accordingly, Plaintiff requests, with Defendants' consent, a two-week extension of time to submit their motion from October 14, 2022 until October 28, 2022. This is Plaintiff's first request for the relief sought.

Respectfully submitted,

/S/ David D. Barnhorn, Esq.
DAVID D. BARNHORN, ESQ.

C:  All Counsel of Record *via* ECF

LAW OFFICE OF PETER A. ROMERO PLLC · LABOR AND EMPLOYMENT LITIGATION
490 Wheeler Road, Suite 250, Hauppauge, New York 11788 · (631) 257-5588 · overtimelawny.com