# LAW OFFICE OF
# PETER A. ROMERO

Peter A. Romero
promero@romerolawny.com

David D. Barnhorn
dbarnhorn@romerolawny.com

October 28, 2022

**VIA ECF**
Hon. John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Candelario Cordero v. Elezaj & Sons Realty Associates, LLC, et al.*
             Docket No.: 21-cv-06899 (JGK)

Dear Judge Koeltl:

    This firm represents Plaintiff Candelario Cordero in the above-referenced matter brought against Defendants Elezaj & Sons Realty Associates, LLC, Marash Elezaj, and Kola Elezaj, for alleged violations of the Fair Labor Standards Act and New York Labor Law. Having reached a settlement in principle, the Court entered an order directing Plaintiff to submit his motion for approval of the parties' settlement, pursuant to <u>Cheeks v. Freeport Pancake House, Inc.</u>, 796 F.3d 199 (2d Cir. 2015), with respect to Plaintiff's FLSA claims by October 28, 2022. The parties have finalized the terms of their settlement agreement and Plaintiff has executed that agreement. However, Defendants were not able to sign the agreement by today. Accordingly, Plaintiff requests, with Defendants' consent, a one-week extension of time to submit their motion from October 28, 2022 until November 4, 2022. This is Plaintiff's second request for the relief sought.

                                            Respectfully submitted,

                                            /S/ David D. Barnhorn, Esq.
                                            DAVID D. BARNHORN, ESQ.

C:  All Counsel of Record *via* ECF

APPLICATION GRANTED
SO ORDERED

10/29/22 /s/ John G. Koeltl
John G. Koeltl, U.S.D.J.