**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
Candelario Cordero
*on behalf of himself, individually, and all other Persons Similarly situated,*

                 Plaintiff,

-against-                                                 21 **CIVIL 6899 (JGK)**

                                                                             **<u>JUDGMENT</u>**

Elezaj & Sons Realty Associates, LLC,  Marash Elezaj, Kola Elezaj.

                              Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memo Endorsement dated November 7, 2022, the Court approves the settlement, including the provision of attorneys fees and costs, as fair reasonable and adequate. This action is dismissed with prejudice in accordance with the settlement agreement and release.

**Dated:**  New York, New York
            November 7, 2022

                                                   **RUBY J. KRAJICK**
                                                     **Clerk of Court**

                   **BY:**

                                                     **Deputy Clerk**